1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO YACHT CARE/
MICHAEL CHRISMAN,

                                    Plaintiffs,

        vs.

STEVEN SOENKSEN,

                                    Defendant.

CASE NO. 06CV1014-LAB (WMc)

**ORDER DISMISSING ACTION**

By Order entered May 15, 2006, the undersigned District Judge denied plaintiffs' Motion To Proceed *In Forma Pauperis*, ordered San Diego Yacht Care to appear through counsel or, alternatively, authorized plaintiff Michael Chrisman to proceed with the action *pro se* as the sole named plaintiff in this maritime lien enforcement action. In either event, the court set a deadline of 30 days from the date that Order was entered to file a First Amended Complaint to cure the pleading defects and to pay the filing fee. Dkt No. 4. That Order also informed plaintiffs that failure to do so would result in dismissal. No further activity has occurred in this case, despite a lapse of fifteen months since that Order was entered. *See* FED. R. CIV. P. 4(m); CIV. L. R. 41.1(a). Accordingly, **IT IS HEREBY ORDERED** this action is **<u>DISMISSED</u>** for failure to prosecute. **IT IS FURTHER ORDERED** the Clerk of Court shall terminate this action in its entirety.

        **IT IS SO ORDERED**.

DATED: September 17, 2007

                                    *Larry A. Burns*

                                    **HONORABLE LARRY ALAN BURNS**
                                    United States District Judge